IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY BRADFORD MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:16-CV-971-ALB |
| | ) | |
| CORPORAL OFFICER: | ) | |
| JIMMY HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On May 22, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 25. Upon an independent review of the file and upon consideration of the Recommendation, the Recommendation is ADOPTED, and it is ORDERED that:

1. Defendant's motion to dismiss (Doc. 19) is GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Chambers County Jail prior to initiating this cause of action.

2. This case is DISMISSED without prejudice under 42 U.S.C. § 1997e(a).

3. No costs are taxed.

Final Judgment will be entered separately.

**DONE** and **ORDERED** this 13th day of June 2019.

                                         /s/ Andrew L. Brasher
                                ANDREW L. BRASHER
                                UNITED STATES DISTRICT JUDGE